**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Lac Courte Oreilles Financial Services, LLC, Hummingbird Funds, LLC, Miinan Funds, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, InfoTel International Ltd, M. Mark High, Ltd., Kirk Chewning, David Johnson, Kim Anderson, Jay Clark, and DOES 1-20,<br><br>*Defendants*. | Case No.:<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

The Court has carefully considered the pleadings, exhibits, and other materials brought before the Court by the Plaintiffs and any provided by the Defendants in connection with the Plaintiffs' motion for a temporary restraining order. The Court finds that Plaintiffs meet the standard for issuance of the requested relief, and that grant of the requested relief is necessary to prevent the Defendants from pursuing actions which will result in irreparable injury to Plaintiffs.

THEREFORE, IT IS ORDERED that Defendants are enjoined from taking any action or recourse against Plaintiffs' property and from pursuing remedies against Plaintiffs under any contract or other agreement related to this action.

Date: _____ _____

United States District Judge