## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Lac Courte Oreilles Financial Services, LLC, Hummingbird Funds, LLC, Miinan Funds, LLC, <br><br>             Plaintiffs, <br><br> v. <br><br> Cane Bay Partners VI, LLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, InfoTel International Ltd., M. Mark High, Ltd., Kirk Chewning, David Johnson, Kim Anderson, Jay Clark, and DOES 1-20, <br><br>             Defendants. | Case No. 3:22-cv-00344 <br><br><br> **NOTICE OF APPEARANCE OF TIFFANY A. BLOFIELD** |

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE NOTE THE APPEARANCE OF Tiffany A. Blofield of Greenberg Traurig, LLP, on behalf of Defendants Cane Bay Partners VI, LLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, InfoTel International Ltd., M. Mark High, Ltd., Kirk Chewning, David Johnson, Kim Anderson, and Jay Clark in the above-captioned matter.

Dated: June 23, 2022

By:     s/ Tiffany A. Blofield
         Tiffany A. Blofield (0237279)
         GREENBERG TRAURIG, LLP
         90 South 7th Street, Suite 3500
         Minneapolis, Minnesota 55402
         Phone: (612) 259-9721
         Fax: (612) 677-3101
         blofieldt@gtlaw.com

         Attorneys for Defendants Cane Bay Partners VI, LLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, InfoTel International Ltd., M. Mark High, Ltd., Kirk Chewning, David Johnson, Kim Anderson, and Jay Clark