# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Lac Courte Oreilles Financial Services, LLC, Hummingbird Funds, LLC, Miinan Funds, LLC<br><br>Plaintiffs,<br><br>v.<br><br>Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, InfoTel International Ltd, M. Mark High, Ltd., Kirk Chewning, David Johnson, Kim Anderson, Jay Clark, and DOES 1-20,<br><br>Defendants. | Case No. 3:22-cv-00344 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew L. Van Houter of Faegre Drinker Biddle & Reath LLP appears as counsel of record for Dimension Credit (Cayman), L.P. in this action.

Dated: June 23, 2022

/s/ *Andrew L. Van Houter*
Andrew L. Van Houter (NJ Bar # 906002012)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ  07932
Phone: (973) 549-7018
Fax: (973) 360-9831
andrew.vanhouter@faegredrinker.com

Attorney for Defendant
Dimension Credit (Cayman), L.P.