# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Lac Courte Oreilles Financial Services, LLC, Hummingbird Funds, LLC, Miinan Funds, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, InfoTel International Ltd, M. Mark High, Ltd., Kirk Chewning, David Johnson, Kim Anderson, Jay Clark, and DOES 1-20,<br><br>    Defendants. | Case No. 3:22-cv-00344 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Frank F. Velocci of Faegre Drinker Biddle & Reath LLP appears as counsel of record for Dimension Credit (Cayman), L.P. in this action.

Dated:  June 23, 2022

*/s/ Frank F. Velocci*
Frank F. Velocci, NJ Bar # 018861999
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ  07932
Phone: (973) 549-7018
Fax: (973) 360-9831
frank.velocci@faegredrinker.com

Attorney for Defendant
Dimension Credit (Cayman), L.P.