# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Lac Courte Oreilles Financial Services, LLC, Hummingbird Funds, LLC, Miinan Funds, LLC<br><br>Plaintiffs,<br><br>v.<br><br>Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, InfoTel International Ltd, M. Mark High, Ltd., Kirk Chewning, David Johnson, Kim Anderson, Jay Clark, and DOES 1-20,<br><br>Defendants. | Case No. 3:22-cv-00344 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joshua N. Turner of Faegre Drinker Biddle & Reath LLP appears as counsel of record for Dimension Credit (Cayman), L.P. in this action.

Dated:  June 24, 2022

*/s/ Joshua N. Turner*
Joshua N. Turner, Bar #1104551
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Phone: (612) 766-7000
Fax: (612) 766-1600
josh.turner@faegredrinker.com

Attorney for Defendant
Dimension Credit (Cayman), L.P.

US.350845298.01