UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Lac Courte Oreilles Financial Services, LLC, Hummingbird Funds, LLC, Miinan Funds, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Cane Bay Partners VI, LLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, InfoTel International Ltd., M. Mark High, Ltd., Kirk Chewning, David Johnson, Kim Anderson, Jay Clark, and DOES 1-20,<br><br>Defendants. | Case No. 3:22-cv-00344-jdp<br><br><br>**MOTION TO COMPEL ARBITRATION AND TO DISMISS** |

Pursuant to the parties contracts, the Arbitration, Act 9 U.S.C. § 2 and Fed. R. Civ. P. 12(b)(3), Defendants Cane Bay Partners VI, LLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, InfoTel International Ltd., M. Mark High, Ltd., Kirk Chewning, David Johnson, Kim Anderson, and Jay Clark (collectively, the "Cane Bay Defendants") respectfully moves the Court for an order compelling arbitration of Plaintiffs' claims and dismissing the Cane Bay Defendants.

Please take notice that in support of this Motion, the Cane Bay Defendants will rely on the accompanying memorandum of law filed herewith, the Declaration of Tiffany Blofield, the reply papers, and the pleadings on file, and such other evidence and argument as the Court may allow.

Dated: June 28, 2022

        By:    <u>s/ Tiffany A. Blofield</u>
Tiffany A. Blofield (0237279)
William Michael, Jr. (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
90 South 7th Street, Suite 3500
Minneapolis, Minnesota 55402
Phone: (612) 259-9700
Fax: (612) 677-3101
blofieldt@gtlaw.com
michaelw@gtlaw.com

Gregory W. Kehoe (admitted *pro hac vice*)
GREENBERG TRAURIG, P.A.
101 East Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
Phone: (813) 318-5732
kehoeg@gtlaw.com

Paul T. Fox (1012431)
GREENBERG TRAURIG
77 West Wacker Drive, Suite 3100
Chicago, IL  60601
Phone: (312) 456-8400
foxp@gtlaw.com

Troy A. Eid (admitted *pro hac vice*)
GREENBERG TRAURIG
1144 15th Street, Suite 3300
Denver, CO  80202
Phone: (303) 572-6521
eidt@gtlaw.com

Attorneys for Defendants Cane Bay Partners VI, LLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, InfoTel International Ltd., M. Mark High, Ltd., Kirk Chewning, David Johnson, Kim Anderson, and Jay Clark

ACTIVE 65804584v1