IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Lac Courte Oreilles Financial Services, LLC, Hummingbird Funds, LLC, Miinan Funds, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, InfoTel International Ltd, M. Mark High, Ltd., Kirk Chewning, David Johnson, Kim Anderson, Jay Clark, and DOES 1-20,<br><br>*Defendant*. | Case No. 3:22-cv-00344-JDP<br><br>Hon. James D. Patterson<br><br>Magistrate Judge Stephen L. Crocker |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Saba Bazzazieh of Rosette, LLP, appears as counsel of record for Plaintiffs Lac Courte Oreilles Financial Services, LLC, Hummingbird Funds, LLC and Miinan Funds, LLC in this action.

Dated: June 28, 2022

*/s/ Saba Bazzazieh*
_____
Saba Bazzazieh (AZ Bar # 026716)
ROSETTE, LLP
565 W. Chandler Blvd, Ste. 212
Chandler, AZ 85225
Tel: (480) 889-8990
rosette@rosettelaw.com