Robert A. Rosette
Saba Bazzazieh
Nicole St. Germain
Chase Goodnight
ROSETTE, LLP
565 W. Chandler Blvd, Ste. 212
Chandler, AZ 85225
Tel: (480) 889-8990
rosette@rosettelaw.com
sbazzazieh@rosettelaw.com
nstgermain@rosettelaw.com
cgoodnight@rosettelaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Lac Courte Oreilles Financial Services, LLC, Hummingbird Funds, LLC, Miinan Funds, LLC | Case No. 3:22-cv-00344-JDP |
| *Plaintiffs*, | Hon. James D. Patterson |
| v. | Magistrate Judge Stephen L. Crocker |
| Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, InfoTel International Ltd, M. Mark High, Ltd., Kirk Chewning, David Johnson, Kim Anderson, Jay Clark, and DOES 1-20, | |
| *Defendant*. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Lac Courte Oreilles Financial Services, LLC ("LCOFS"), a wholly-owned and operated entity of the Lac Courte Oreille Band of Lake Superior Chippewa Indians ("Tribe"), a federally-recognized

tribe, and its wholly-owned subsidiaries, Hummingbird Funds, LLC ("Hummingbird") and Miinan Funds, LLC ("Miinan"), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Dated: July 11, 2022                                             Respectfully submitted,

                                                                  */s/ Robert A. Rosette*
                                                                  _____
                                                                  Robert A. Rosette
                                                                  Saba Bazzazieh
                                                                  Nicole St. Germain
                                                                  Chase Goodnight
                                                                  ROSETTE, LLP
                                                                  565 W. Chandler Blvd, Ste. 212
                                                                  Chandler, AZ 85225
                                                                  Tel: (480) 889-8990

                                                                  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was electronically filed on July 11, 2022, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

Dated: July 11, 2022                                                  Respectfully submitted,

*/s/ Scott Funke*
Scott Funke
Paralegal
ROSETTE, LLP
565 W. Chandler Blvd, Ste. 212
Chandler, AZ 85225
Tel: (480) 889-8990